IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS MUTUAL INSURANCE CO. OF NEBRASKA, as Subrogee for MICHAEL MCDONALD,<br><br>           Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | 4:17CV3148<br><br>MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Parties, by and through their respective Counsel, hereby move and stipulate that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

FARMERS MUTUAL INSURANCE CO.
OF NEBRASKA, as Subrogee for
MICHAEL MCDONALD, Plaintiff


By: s/ Robert S. Lannin
    ROBERT S. LANNIN, #17941
    Baylor, Evnen, Curtiss, Grimit
     & Witt, LLP
    1248 "O" Street, Sujite 600
    Lincoln, NE  68508
    Tel:  (402) 475-1075
    Email:  rlannin@baylorevnen.com

UNITED STATES OF AMERICA,
Defendant

JOSEPH P. KELLY
United States Attorney
District of Nebraska


By: s/ Timothy R. Hook
    TIMOTHY R. HOOK, #24529
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE  68102-1506
    Tel: (402) 661-3700
    Fax: (402) 661-3081
    Email:  tim.hook@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                        s/ Timothy R. Hook
                                        Assistant U.S. Attorney