IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS MUTUAL INSURANCE CO. OF NEBRASKA, as Subrogee for MICHAEL MCDONALD, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 4:17-CV-3148 <br><br> JUDGMENT |

On the parties' Motion and Stipulation for Dismissal with Prejudice (filing 18), the plaintiff's claims against the defendant are dismissed with prejudice, each party to bear its own costs and complete record waived.

Dated this 23rd day of April, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge